UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JERMALL ANDERSON, a/k/a "Mal,"<br>(2) JENNIFER FORTIER, and<br>(3) LATASHA ANDERSON,<br><br>Defendants | Criminal No. 23cr10216<br><br>Violations:<br><br>Counts One through Five: Sex Trafficking by Force, Fraud and Coercion; Aiding and Abetting (18 U.S.C. §§ 1591(a)(1) and (b)(1); 18 U.S.C. § 2))<br><br>Count Six: Knowingly Transporting Any Individual in Interstate or Foreign Commerce, with Intent that Such Individual Engage in Prostitution (18 U.S.C. § 2421)<br><br>Count Seven: Coercion and Enticement (18 U.S.C. § 2422(a))<br><br>Forfeiture Allegations: (18 U.S.C. §§ 1594(d) & 2428(a)) |

INDICTMENT

COUNT ONE
Sex Trafficking by Force, Fraud and Coercion; Aiding and Abetting
(18 U.S.C. §§ 1591(a)(1) and (b)(1); 18 U.S.C. § 2))

The Grand Jury charges:

From at least in or about February 2014 through in or about December 2015, in the Districts of Massachusetts, New Hampshire, Rhode Island, Connecticut, New Jersey, the Southern District of New York, the Eastern District of Pennsylvania, and elsewhere, the defendant,

(1) JERMALL ANDERSON, a/k/a "Mal,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, i.e., Victim 1, a person known to the grand jury, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion,

and any combination of such means, would be used to cause Victim 1 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

COUNT TWO
Sex Trafficking by Force, Fraud and Coercion; Aiding and Abetting
(18 U.S.C. §§ 1591(a)(1) and (b)(1); 18 U.S.C. § 2))

The Grand Jury further charges:

From at least in or about June 2015 through in or about October 2015, in the Districts of Massachusetts, Rhode Island, Connecticut, and elsewhere, the defendants,

(1) JERMALL ANDERSON, a/k/a "Mal," and
(3) LATASHA ANDERSON,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, i.e., Victim 2, a person known to the grand jury, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 2 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

## COUNT THREE
Sex Trafficking by Force, Fraud and Coercion; Aiding and Abetting
(18 U.S.C. §§ 1591(a)(1) and (b)(1); 18 U.S.C. § 2))

The Grand Jury further charges:

From at least in or about June 2015 through in or about October 2016, in the District of Massachusetts, and elsewhere, the defendants,

(1) JERMALL ANDERSON, a/k/a "Mal," and
(3) LATASHA ANDERSON,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, i.e., Victim 3, a person known to the grand jury, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 3 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

## COUNT FOUR
Sex Trafficking by Force, Fraud and Coercion; Aiding and Abetting
(18 U.S.C. §§ 1591(a)(1) and (b)(1); 18 U.S.C. § 2))

The Grand Jury further charges:

From at least in or about 2012 through in or about 2014, in the Districts of Massachusetts, Connecticut, Vermont, Rhode Island, and elsewhere, the defendants,

(1) JERMALL ANDERSON, a/k/a "Mal," and
(2) JENNIFER FORTIER,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, i.e., Victim 4, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 4 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

## COUNT FIVE
Sex Trafficking by Force, Fraud and Coercion; Aiding and Abetting
(18 U.S.C. §§ 1591(a)(1) and (b)(1); 18 U.S.C. § 2))

The Grand Jury further charges:

From at least in or about 2012 through in or about 2013, in the Districts of Massachusetts, Connecticut, the Southern District of New York, and elsewhere, the defendants,

(1) JERMALL ANDERSON, a/k/a "Mal," and
(2) JENNIFER FORTIER,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, i.e., Victim 5 knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 5 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1) and 2.

## COUNT SIX
Knowingly Transporting Any Individual in Interstate or Foreign Commerce,
with Intent that Such Individual Engage in Prostitution
(18 U.S.C. § 2421)

The Grand Jury further charges:

In or about 2012, in the Districts of Massachusetts, New Hampshire, Connecticut, and the Southern District of New York, and elsewhere, the defendant,

(2) JENNIFER FORTIER,

did knowingly transport Victim 4 and Victim 5, persons known to the grand jury, in interstate or foreign commerce, with intent that such individuals engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense to wit: Conn. Gen. Stat. § 53a-82 and NY Penal Law § 230.00.

All in violation of Title 18, United State Code, Section 2421.

## COUNT SEVEN
### Coercion and Enticement
### (18 U.S.C. § 2422(a))

The Grand Jury further charges:

In or around 2012, in the District of Massachusetts, New Hampshire, Connecticut, the Southern District of New York, and elsewhere, the defendant,

(1) JERMALL ANDERSON, a/k/a "Mal,"

knowingly persuaded, induced, enticed, and coerced Victim 4 and Victim 5, persons known to the grand jury, to travel in interstate commerce from New Hampshire to Massachusetts, Connecticut, and New York, with intent that Victim 4 and Victim 5 engage in prostitution and any sexual activity for which any person can be charged with a criminal offense to wit: Conn. Gen. Stat. § 53a-82 and NY Penal Law § 230.00.

All in violation of Title 18, United States Code, Section 2422(a).

## SEX TRAFFICKING FORFEITURE ALLEGATION
(18 U.S.C. § 1594(d))

1.  Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1591, set forth in Counts One through Five, the defendants,

> (1) JERMALL ANDERSON, a/k/a "Mal,"
> (2) JENNIFER FORTIER, and
> (3) LATASHA ANDERSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such offenses, and any property traceable to such property; and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses, and any property traceable to such property.

2.  If any of the property described in Paragraph 1 above as being forfeitable pursuant to Title 18, United States Code, Sections 1594(d) as a result of any act or omission of the defendants --

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third party;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property that cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraphs 1 above.

All pursuant to Title 18, United States Code, Sections 1594(d).

## TRANSPORTATION/COERCION FORFEITURE ALLEGATION
(18 U.S.C. § 2428(a))

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 2421 and 2422, set forth in Counts Six and Seven, the defendants,

(1) JERMALL ANDERSON, a/k/a "Mal,"
(2) JENNIFER FORTIER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offenses; and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such offenses.

2. If any of the property described in Paragraph 1 above as being forfeitable pursuant to Title 18, United States Code, Section 2428(a) as a result of any act or omission of the defendants --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property that cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraphs 1 above.

All pursuant to Title 18, United States Code, Section 2428(a).

A TRUE BILL

/s/ Emily Batro
FOREPERSON

/s/ Stephen W. Hassink
STEPHEN W. HASSINK
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: AUGUST 8, 2023
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK
8/8/23 2:12 pm