%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   __II__          **Investigating Agency**   __HSI__

**City**   __Dracut__                 **Related Case Information:**

**County**   __Middlesex__            Superseding Ind./ Inf.   __._____   Case No.   _____
                                      Same Defendant   _____   New Defendant   _____
                                      Magistrate Judge Case Number   _____
                                      Search Warrant Case Number   __See below__
                                      R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __Jermall Anderson__                 Juvenile:   ☐ Yes   ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name       __"Mal"__

Address          __(City & State)__  __Dracut, Massachusetts__

Birth date (Yr only): __1979__  SSN (last4#): __2111__   Sex __M__      Race: __B__      Nationality: __U.S.__

**Defense Counsel if known:**   _____      Address   _____

**Bar Number**   _____          _____

**U.S. Attorney Information:**

**AUSA**   __Stephen Hassink__                 Bar Number if applicable   _____

**Interpreter:**   ☐ Yes   ☑ No      List language and/or dialect:   _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

   ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of   _____   in   _____   .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____   on   _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   __6__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   08/08/2023          Signature of AUSA: STEPHEN HASSINK   Digitally signed by STEPHEN HASSINK
                                                                 Date: 2023.08.08 05:30:02 -04'00'

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Jermall Anderson _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  18 U.S.C. §§ 1591(a)(1) and (b)(1) | Sex Trafficking by Force, Fraud and Coercion | 1, 2, 3, 4, 5 |
| Set 2  18 U.S.C. § 2422(a) | Coercion and Enticement | 7 |
| <u>Set 3</u>  18 U.S.C. §§1594(d), 2428(a) | Forfeiture Allegations | |
| <u>Set 4</u> | | |
| <u>Set 5</u> | | |
| <u>Set 6</u> | | |
| <u>Set 7</u> | | |
| <u>Set 8</u> | | |
| <u>Set 9</u> | | |
| <u>Set 10</u> | | |
| <u>Set 11</u> | | |
| <u>Set 12</u> | | |
| <u>Set 13</u> | | |
| <u>Set 14</u> | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

21-5308-JGD; 22-5226-5227-JGD _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  HSI

**City**   Dracut                    **Related Case Information:**

**County**   Middlesex              Superseding Ind./ Inf. ____ . _____  Case No. _____
                                     Same Defendant _____  New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number   See below
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jennifer Fortier               Juvenile:     ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address     (City & State)  Connecticut _____

Birth date (Yr only): 1974  SSN (last4#): 6313   Sex F      Race: W      Nationality: U.S.

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____              _____

**U.S. Attorney Information:**

**AUSA**   Stephen Hassink               Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No       List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

   ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  3 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   08/08/2023          Signature of AUSA: STEPHEN HASSINK   Digitally signed by STEPHEN
                                                                  HASSINK
                                                                  Date: 2023.08.08 05:26:14 -04'00'

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Jennifer Fortier _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1591(a)(1) and (b)(1) | Sex Trafficking by Force, Fraud and Coercion | 4, 5 |
| Set 2 | 18 U.S.C. § 2421 | Knowingly Transporting Any Individual in Interstate or Foreign Commerce, with Intent that Such Individual Engage in Prostitution | 6 |
| Set 3 | 18 U.S.C. §§1594(d), 2428(a) | Forfeiture Allegations | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

21-5308-JGD; 22-5226-5227-JGD _____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

℀JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** <u>II</u>            **Investigating Agency** <u>HSI</u>

**City**    <u>Dracut</u>                        **Related Case Information:**

**County**  <u>Middlesex</u>                     Superseding Ind./ Inf. ___.___ Case No. _____
                                                 Same Defendant _____ New Defendant _____
                                                 Magistrate Judge Case Number _____
                                                 Search Warrant Case Number <u>See below</u>
                                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    <u>Latasha Anderson</u>                    Juvenile:          ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name        _____

Address           <u>(City & State)</u>  Massachusetts _____

Birth date (Yr only): <u>1986</u>  SSN (last4#): <u>3289</u>  Sex <u>F</u>    Race: <u>B</u>    Nationality: <u>U.S.</u>

**Defense Counsel if known:**    _____    Address _____

**Bar Number**    _____                          _____

**U.S. Attorney Information:**

**AUSA**    <u>Stephen Hassink</u>                    Bar Number if applicable _____

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

     ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**    _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   08/08/2023          Signature of AUSA: STEPHEN HASSINK   Digitally signed by STEPHEN HASSINK
                                                                 Date: 2023.08.08 05:33:26 -04'00'

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Latasha Anderson _____

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1591(a)(1) and (b)(1) | Sex Trafficking by Force, Fraud and Coercion | 2, 3 |
| Set 2 | 18 U.S.C. §§1594(d), 2428(a) | Forfeiture Allegations | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

21-5308-JGD; 22-5226-5227-JGD

USAMA *CRIM* - Criminal Case Cover Sheet.pdf´  3/4/2013