Dear your Honor,
        My name is Jermal Anderson. I'm writing you because my private attorney put a motion in 6 weeks ago, to remove himself from my case. He still hasn't got me an afterdavite so I can recieve a court appoint lawyer. I feel He is stalling to keep recieving funds from me or to help the prosection case. This is slowing down the process for me to acces my right for a speedy trial, which I plan to exceruse. If I can get a answer from the court about my situation I would Highly appericate. Please and Thank you.

                                    Yours Truly
                                    Jermal Anderson

PS my case number
1 new entry in United States v Anderson
(1:23-CR-10216)