| | |
|---|---|
| **From:** | Ariah Mae |
| **To:** | Michael Tumposky |
| **Subject:** | Fwd: Ariah Mae Sibley |
| **Date:** | Monday, March 3, 2025 5:23:11 PM |

Ariah Mae Sibley
88 Calumet drive
Louisville, KY 40214

February 26, 2025

Honorable Judge Denise Caspar
1 Courthouse Way
Boston MA, 02210

I am writing to provide a character reference regarding Jermall Anderson, whom I have known for 8 years. I know that Jermall is going to appear before you and I would like to express my full support.
Jermall is my stepdad and we have always had a great relationship. I first met him when I was 6. I was living in Maine with my dad and would come to Massachusetts to see my mom. We always had a great relationship. We would go to the movies, the water park, on vacation, ride bikes. I liked to be around him. Currently, I am a first-year student in High school in Louisville Kentucky. During these last several years of knowing Jermall he was kind and loving to me and everyone I saw him around. I have only ever seen him to be loving, caring, and a happy person. I remember him telling us how he enjoyed helping a company during the holidays and how it changed his outlook on things we complained about and which we need to be grateful for. He hadalways wanted us to help. He enjoyed sports, so heespecially loved to help coach sports. He always told us to get involved with a school sport, or the YMCAand that it would "keep us out of trouble."
Before he was arrested, he was working at a place for youth that I believe houses troubled boys. He always said how happy he was when he would come home from work and told us he thought he could make a difference with them. He would go on to say how he could see himself going to school to be a counselor or something in comparison. I do know he applied to college and got accepted. A question I ask myself is, if my stepdad did not want a better life, why would he apply to college? Based on the person I grew to know and love, I can tell he has a

good heart despite the mistakes he has made in his past. I have talked with him, I know he wants to put this past him and make amends to become the person he wants to be for his family.

My mom and him were honest and told us kids about the charges so I am fully aware of what it means, and it makes me sad to hear. I read everything online and have been to a court date and it is sad to hear all this because I have never seen him act in a harmful way towards anyone. Since him being arrested, I don't really get to talk to him as much as I would like due to the app not working. The first conversation with him while he was in jail, he told my stepbrothers and I that he wanted to accept responsibility for the charges. He explained to us that if he were found guilty, he would spend several years in jail. He wanted to prepare us for the several coming years ahead. That hurts because I love and care about him.

I want to end by saying, he has my support. I have always seen him be kind to everyone regardless of who they were. I know he can be a great person; I have seen it firsthand. He has shown that he was trying to make himself a better life years before he was arrested. Him being temporarily gone from us is hard. I read a lot on the charges and what can come from them. It talks a lot about self-rehabilitation, which plays a key role in changing the outlook on if someone will reoffend after incarceration. Based on no criminal history, arrest dated far back for minor offences, applying to college, and working, he was self-rehabilitated. I know my letter might not be taken seriously because of my age, but I believe he will come home and start a truly honest life.

If I could say one thing, it would be if he knew he made mistakes in life, he always wanted to protect us from making our own by trying to get us involved with something to keep us busy. I wish I had taken him seriously and listened to him back then.

*[signature]*