| | |
|---|---|
| **From:** | Jessica Lemere |
| **To:** | Michael Tumposky |
| **Subject:** | To judge Denise Casper |
| **Date:** | Wednesday, February 26, 2025 1:04:17 PM |

• To Judge Denise I'am not only writing this as the mother of jermalls 8 year old daughter but a long time friend. ( best friend) I currently am a stay at home mom. Also in between businesses from home. I have 3 daughters at home with one who is jermalls but if you ask my 14 year old daughter she will tell you that's her dad/bestfriend as well.

• I have known Jermall since about 2014 and since meeting him he never changed who he was. He has always been someone who I could tell anything to. Someone who never judged me for my past but someone who accepted me for me. I found out I was pregnant in 2016 we lost contact for awhile but we soon reconnected a few years later. I was upset at him but soon realized he never stopped trying to reach out to me and her. He jumped right in and was there for his daughter. He always tells me how he wished he could have been there since the beginning. But like I told him you're here now that's all that matters to her/me. He Attended all her birthdays and never stopped being present From there on out. He met my mother, sister and was always so respectful. They too enjoyed being around him. They seen how much he pushed to be apart of his daughter's life. And it was refreshing for me/them because my 2 other girls dad wasn't around for them. He not only calls for his daughter but always asks to speak to my oldest and for her that means everything. She says to me all the time Jermall is more of a dad to me than my own father. And that alone speaks volumes.

• I just wanna start off saying here everyone who truly cares for Jermall is absolutely devastated by his sentencing today.. I have seen throughout this no matter what obstacles have been placed in front of him he has persevered, and he doesn't give up. His flaws are no different than anyone else's. His heart isn't any less pure than anyone else's. His commitment to his family isn't any different than anyone else's. His children have always been his number one priority. Even Showing up for them when he is struggling throughout this whole process. He calls Every week (Mondays) even though it's only a 5 minute call it's everything for us. Plus he never misses a call. He is always wanting to know how the kids are, checking in with them, seeing how their days are going. He continues to ask for pictures of the girls every chance he gets. His daughter jumps for joy when she gets to hear her daddies voice. And I know he feels the same about hers. He did miss a few years of her life but if you ask his daughter she will tell you he's always been there. Even when he wasn't. He is the most gentle soul and I've always seen that since 2014. What I can say is he has become so much stronger since I first met him. He had his struggles with alcoholism and I watched how that took control of him for many years. But even in those moments his aura shined through . We would have the best times together going out, dancing and I fell in love with his heart more then anything. I have always seen him differently then most. But one thing I will say is, he from the first time I met him till now has grown mentally, physically, emotionally. He went from drinking everyday to showing up for work. He went from sleeping half the day away to waking up early ready for what he had to get done. Working with kids was something he enjoyed. He has that ability to reach kids when others cannot. And I admire that about him. His daughter will tell you herself my dad is a great dad. He loves me and is always there for me. She sees his Pureness for what it is not his flaws. He was born to be a father and I watched that from 2014 when I met him. Even through his struggles he always had his son. His son made him a better person. Nothing got in the way of that. Not ever have i seen him out of character not even in the worst of situations.. He's the most humble, down to earth person I've

ever met. His patience level is beyond words. I envy him for that. ( in the most loving way) So I know he won't allow this to hold him back not even a little bit. His fight for his life has just begun. And he has an army behind him supporting him every second of everyday. We will not give up on him,, his life matters. We are here today not to say goodbye, but to remind him that yes his sentence starts today but his fight has just begun. We got his back and don't ever lose hope because God is with you. I end with this.

Joshua 1:9 be strong, and brave, do not be afraid. Do not lose hope. I'am the LORD your God. I will be with you everywhere you go.

Psalm 130:3-5 Lord if you punished people for all their sins, no one would be left, lord. But you forgive us, so you are respected. I wait for the Lord to help me, and I trust his word. We love you and will always be here through thick and thin.

        Sincerely jay .