**From:** Erin Lindsey
**To:** Michael Tumposky
**Subject:** character statement letter for Jermall Anderson
**Date:** Friday, February 28, 2025 11:06:01 AM

To Judge Denise Casper, My name is Erin Lindsey and I am a para-professional for the Lynn Public School system. I work in the "COACH" program with children with Autism Spectrum Disorder. I also am a full time single mother to my 4 year old daughter Monroe with whom I share with Jermall. We keep very busy when not at work and daycare with Soccer/Dance etc. I met Jermall many years ago from growing up in Lynn and hanging around / knowing his family. I would say I really got to know him around 2017 when he moved to Florida where I was living and we began our friendship. He then moved back to MA and me shortly after in around 2019. Since having our daughter in 2021 from the time I was pregnant until he went away he changed his life significantly ! He got very involved in his community , started going to church , became a substitute teacher and worked with the troubled youth. He was there for our daughter's firsts for everything up until he went away. He has always been a full time present parent to his son, Devante and had full custody of him throughout his life. He had a great relationship with my mother and was always over our house spending time with us and his daughter. We did not work out in our relationship but we always maintained a great co parenting relationship and friendship. He was always helping his mother with grocery shopping errands etc. She is very old and has many health issues which he was always by her side to deal with together with her. He was a mommas boy seeing as he didn't have his father growing up. I think Jermall had a very tough upbringing being raised by a single mother who tried her best. He really changed his life over the time period of knowing him and he was trying to give back to his community and raise his kids the best way he could. His children love him very much. He was speaking with troubled youth to make sure they don't make the same decisions he did in his lifetime and they really listened to him. He has never missed a day of FaceTiming or calling and checking in on his daughter. Thank You for your time in reading this Sincerely, Erin Lindsey