| | |
|---|---|
| **From:** | Devante Anderson |
| **To:** | Michael Tumposky |
| **Subject:** | Letter |
| **Date:** | Friday, February 28, 2025 7:08:31 PM |

Dear Judge Casper,

My name is devante, and I am currently a student-athlete. Balancing academics and sports has been a significant part of my life, teaching me discipline, responsibility, and perseverance. Beyond school and athletics, my family plays an essential role in shaping who I am, and my father, Jermall, has always been a central figure in my life.

I have known my father my entire life, and he has always been my greatest supporter. Whether it was attending my games, encouraging me to push through challenges, or simply being there when I needed him, his presence has made a profound impact on me. Over the years, I have seen how much he cares about our family and those around him. He has always emphasized the importance of hard work, respect, and making the right choices.

Being without my dad has been extremely difficult for me. I miss him every day, and his absence has left a void in my life. He is more than just my father; he is my mentor, my role model, and my biggest source of motivation. I truly believe that he is a good person who has always tried to do his best for his family and community

. I hope you will consider this as you make your decision .

Thank you for taking the time to read my letter. I appreciate your consideration.

Sincerely,

Devante Anderson