Dear Honorable Judge Denise Casper,

I am writing this letter in support of Jermall Anderson in anticipation of his upcoming bail hearing. As a single mother juggling the demands of a career in finance while raising my own family, I understand the challenges and complexities of balancing personal responsibilities with professional obligations. It is with this personal perspective that I offer my insights into Jermall's character and situation.

I have known Jermall for 28 years during which we met in high school. Jermall was the star basketball player at both high schools he attended. He was loved by everyone, and always happy and positive. His dreams of going to the NBA were crushed when he suffered a knee injury. I have witnessed his growth especially since becoming a single father to one of his sons. Despite all the challenges he faced, he remained positive and resilient. He has always tried to do his best to support his children.

Our sons are friends, and I see how much he needs his father. We would always help each other out with rides, babysitting or whatever is needed for the kids. He is involved in all his son's extra curricula activities and works with the teams as a volunteer. He most recently worked as a substitute teacher and found it fulfilling to work with and mentor children. I have observed his interactions with his children, which have consistently reflected his love, dedication, and compassion.

I deeply respect Jermall, and I'm confident in his potential to continue making positive changes and bettering his life. His dedication to his family, his work ethic, and his sincere efforts to learn from past mistakes speak volumes to his character. I firmly believe that granting him bail would be beneficial by not only allowing him to fulfill his responsibilities, but also empower him to continue his journey towards personal growth and contributing to his family and community.

Thank you for considering my perspective in this matter.

Sincerely,


Janel Mackey