April 29, 2024


Dear Judge Denise Casper,

     My name is Antonio Anderson, and I am Jermall's cousin. I am currently the Director of Basketball Operations and the Head Boys Basketball Coach at The Darrow School in New Lebanon, New York. I am a former graduate of The University of Memphis and also a former professional basketball player in both the NBA and Overseas. I am the founder of the Antonio Anderson Foundation which provides opportunities for low-income families in both Lynn Massachusetts, my hometown, and Memphis Tennessee, where I attended college.

     I've known Jermall all my life. He is the reason I fell in love with the game of basketball. When I was a young boy, he would take me to the park and help mentor me on ways to improve my skills and perfect them. We remain extremely close, so when I started my own AAU travel basketball team, I had Jermall volunteer and help me coach several teams for the 3 years my program existed. He did such an exceptional job coaching the middle school kids, as well helping them perfect their skills in basketball.

     My cousin loves giving back to our community. Every time we talk, he always asks me when the next camp I am having is, or he tells me to start another AAU program so that he can coach again. That is his passion, knowing how much he loves basketball. I remember when I offered to pay him, and he turned it down and told me to "use my pay to help a family in need, who can't afford to play in the program" showed me just how caring he is. He would joke weekly with our players and parents that if they listened, they'd end up in the NBA like I did. Jermall is a loving, caring and family-oriented person, who would give the shirt off his back to help someone else.

Thank you for taking the time to read this letter,


**Antonio Anderson**
Boys Prep Basketball Coach, Academic Coach
110 Darrow Road, New Lebanon, NY 12125
518-704-2769  |  andersona@darrowschool.org
www.darrowschool.org