To: The Honorable Judge Denise Casper.

My name is Joshua Anderson and Jermall Anderson is not only my first cousin but also my best friend. At the moment I'm in the Constitution Laborers Union since 2018. Prior to that I was machinist for 4 years and a Graduate of the E-Team Machinist Training Program in 2014. I am a father of two exceptional young men. I have full custody of my oldest son, who will be graduating high school in june. And will be attending Framingham State College this upcoming fall, where he will also be continuing his athletic career by playing football for the University. I am an active member of my community, as a volunteer with they Lynn Chargers Youth Football Association in which I help mold young inner city boys and girls not only in sports, but also in there academic and mental health paths.

I have known Jermall for my entire 43 years of my life. And from the beginning of time he has always been one of my biggest supporters in life. I've watched Jermall throughout his younger years be a great athlete and a better teammate always putting his team first and always doing the things that make you an all around special player,and teammate.  He brings those same characteristics to his family life . I watched Jermall take the responsibility of being not only a big brother for his little brother AJ, but also a father figure to him. Stepping up to the plate for his mother while she worked multiple jobs as a single parent Jermall stepped in to help raise his younger brother even though he himself was just a young teen. I saw Jermall pick up his little brother from school each day. And also helping with homework, dinner,and getting him ready for bed,sometimes at the expense of his own well-being.  Jermall has sacrificed a lot for his mother and little brother throughout the years.

I've watched Jermall throughout his life and yes like we all have he made some mistakes as a younger man. I have also seen Jermall grow into a responsible active member in his community and an exceptional father to his two sons Tay and Yazmani. And a great girl dad to his two beautiful daughters Monroe and Ariah.   Jermall has dedicated himself to giving back and helping with guiding the youth of today with his Employment in the Lowell public school system where he was a substitute teacher for many years. He was a team leader for Covid-19 testing at MeetCaregivers home help in Newton MA . And until recently he was a youth advocate at NFI Lakes ie Juvenile Justice Program in Peabody, MA.  Where he worked with young adolescent males, ages 12-18. During it all he Jas still found time dedicating himself assisting me with the youths of Lynn and the Lynn Chargers Football Association. Jermall has so much to give and is greatly missed not only by his own children but by the youth of our community who he's had an immense impact on throughout the years.

Jermall has so much more to give to his friends his family and to his community. Thank you Your Honor for taking the time out of your busy schedule.

                                            Thank you.

                                            Joshua Anderson