Dear Judge Denise Casper,

My name is Ariyanna Agnew. I am writing this letter on behalf of my uncle, Jermal Anderson, to provide insight into their character and offer support as they navigate their legal proceedings.

Throughout the years, I have had the opportunity to witness firsthand his integrity, compassion, and resilience. He is a person of exceptional character who has consistently demonstrated a commitment to compassion, empathy, and support.

In my interactions with my uncle Jermal, I have always been impressed by his unwavering dedication to supporting his family. For example, during the height of the pandemic and my college shut down, he drove my mom over six hours to another state to pick me up and bring me back home. As a person with sickle cell disease, my uncle would constantly visit me in the hospital and bring positive energy to my hospital stay. Also, he is strongly dedicated to volunteering in the community and maintaining steady employment. He approaches life's challenges positively and is willing to learn and grow from every experience.

Please consider Jermal's character, integrity, and contributions to the community when making your decision. With the appropriate support and guidance, he has the potential to continue to positively impact his own life and the lives of those around him.

Thank you for taking the time to read this letter and for considering my perspective.

Sincerely,

Ariyanna Agnew