# SHOE CITY BASKETBALL INC.



12 Warren Street, Lynn MA, 01902

Simmieanderson94@gmail.com (857)939-6169

April 29, 2024

Dear Judge Denise Casper,

Please accept my strongest character recommendation and request for bail for Jermall Anderson. As the President of Shoe City Basketball, Jermal has volunteered as an outreach counselor to help recruit and motivate the neediest population of kids in the City of Lynn. Jermall has also helped coordinate with the city's Stop the Violence basketball tournament to help deter young student-athletes from gang life. Jermall has volunteered with our annual basketball tournaments for the past ten years.

Jermall was an outstanding basketball player in the state of Massachusetts.  Jermall had a choice in volunteering and giving back to his community. I am forever grateful for his choice, commitment, countless hours of community service, bringing kids to help clean the Lynn Commons, and mentoring them to make positive choices.

Jermall is a good-natured person who likes helping others. I am blessed with his time and commitment to the youth of this city. Please do not hesitate to reach out to me to discuss Jermall further.

Respectfully,

Simmie Anderson

President, Shoe City Basketball