To: Judge Denise Casper

From: Amy Looney

RE: Jermall Anderson's request for Bail

Date: April 30th, 2024

Dear Judge Casper,

    My name is Amy Looney and I am recently a new mom. When I am not on maternity leave, I am the Executive Director of a local YMCA. I've been in this position for approximately four years and with the organization for a total of ten. In my tenure there, I have come across many people of all different backgrounds, some more trust worthy than others. Being in a community serving role, I know how important it is to give back and how people can change and overcome adversity. I also spend some of my free time coaching field hockey at a local high school, giving back to my community and sharing a passion of sports with the younger generation.

    I first met Jermall through some mutual friends almost two years ago. Our relationship is strictly social but he has always been kind, honest and trustworthy. He mentioned to me early on that he has a past but has been out of that life for a long time and he has never done anything for me to doubt that. I've never met his family, but he talks about his son all the time; how proud he is of him and how he wants to do good by him. During the time that I have known Jermall, he has started a new job, begun volunteering with a local youth sports team and has been looking into college courses at a community college. These are all signs that he is on the right track and trying to do better for himself and his family.

    When he first told me he was helping coach a youth football team, I was happy for him as he seemed genuinely very excited about it. I mentioned to him that we are always looking for volunteers to work with our youth programs as well. He expressed interest in helping with our basketball classes and the after-school program. We talked about getting him set up as a volunteer with my organization as well but he was arrested shortly after so we never were able to get that underway. When he would talk about his job working at the residential school, he would often say how he wanted to use his own life experiences to teach those kids that they can do better and show them there is a better life for them if they make the right choices.

    As I mentioned earlier, Jermall did not shy away from telling me he made some mistakes in the past but he has since made better choices and decisions in his life. I do believe people can change and they can learn from their past actions to help build a better future for themselves and their families. That along with sharing their experiences so others don't make the same mistakes is something that is admirable and Jermall has demonstrated and can continue to do so, in my opinion.

    If you have any questions, please do not hesitate to contact me.

Sincerely,


Amy Looney