April 30, 2024

Judge Denise Casper

United States District Court for the District of Massachusetts

John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Casper;

I am Pastor Reba Danastorg, Pastor of Imani Temple Ministries in Malden, Massachusetts. I am also president of VisionNOW.  VisionNOW is a non-profit working to eliminate hopelessness, hunger, and other stigmas within marginalized communities.  Through our continually growing partnerships we have built a resource bank that allows us to focus on four key areas: Food insecurity, Education, Emotional wellbeing, and challenges remaining from COVID-19. We seek to impact those that are denied access, impoverished, and simply forgotten.

The purpose of this letter is to address the court on behalf of Jermall Anderson.  I have known the Anderson family for 60+ years and known Jermall all his life.  The Anderson family is very strong in their faith, and that deep conviction and commitment to their beliefs has been passed down through generations. I watched over the years as Jermall matured from childhood to adulthood and how he mastered each milestone in life. Jermall is deeply connected with his family and overtime has become the glue that keeps them reminded of the value of a close-knit family.

Without question the charges Jermall faces are serious and come with significant imprisonment time if he is found guilty.  With that understanding I also recognize the impact of this request for bail and don't take it lightly.  However, from time spent working with re-entry programs, I have seen the effects of extended incarceration times while awaiting trial vs being granted bail.   Without minimizing any charges or

any victims, it has been my experience that the individual granted bail while awaiting trial can continue working and supporting their families. Both of which I strongly believe Jermall would do.

Jermall does well in an environment where he feels he is making a difference. That is something that he has taken the time through varies community involvement he has had coaching basketball and pop warner.  The values that were instilled in him he is always passing on.  Imani Temple offers him the ability to become very active in numerous community projects.  Also, the pastor emeritus is a former probation officer, (retired 28 years), in the Commonwealth of Massachusetts and would be available to provide additional encouragement and support to Jermall.

I am thankful for the consideration you will give this request for bail at this time.

Sincerely,


Pastor Reba Danastorg


On Friday, May 3, 2024 at 11:51:37 AM EDT, Michael Tumposky <tumposky@htlawyers.com> wrote:

> Hi you should include some recognition that he is facing serious charges.
>
> Thanks,
>
> Michael Tumposky
> Hedges & Tumposky, LLP
> 88 Broad Street, Suite 101
> Boston, MA 02110
> T) (617) 722-8220
> F) (617) 507-8116
> C) (617) 270-1184
>
> www.HTLawyers.com
>
>
> The information contained in this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, your receipt of this communication is not intended to waive any privilege. You are hereby notified that any dissemination, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender.

**From:** rdanastorg@aol.com <rdanastorg@aol.com>
**Sent:** Wednesday, May 1, 2024 4:19 PM
**To:** tumposky@htlawyers.com
**Subject:** Jermall Anderson

Good afternoon, this is the letter I am writing to the court on behalf of Jermall.  I wanted you to review before I put on letterhead and send to you.

April 30, 2024

Judge Denise Casper

United States District Court for the District of Massachusetts

John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

 Dear Judge Casper;

I am Pastor Reba Danastorg, Pastor of Imani Temple Ministries in Malden, Massachusetts. I also president of VisionNOW.  VisionNOW is a non-profit working to eliminate hopelessness, hunger, and other stigmas within marginalized communities.  Through our continually growing partnerships we have built a resource bank that allows us to focus on four key areas: Food insecurity, Education, Emotional wellbeing, and challenges remaining from COVID-19. We seek to impact those that are denied access, impoverished, and simply forgotten.

 The purpose of this letter is to address the court on behalf of Jermall Anderson.  I have known the Anderson family for 60+ years and known Jermall all his life.  The Anderson family is very strong in their faith, and that deep conviction and commitment to their beliefs has been passed down through generations. I watched over the years as Jermall matured from childhood to adulthood and how he mastered each milestone in life. Jermall is deeply connected with his family and overtime has become the glue that keeps them reminded of the value of a close-knit family.

 Jermall does well in an environment where he feels he is making a difference. That is something that he has taken the time through varies community involvement he has had coaching basketball and pop warner.  The values that were instilled in him he is always passing on.  Imani Temple offers him the ability to become very active in numerous community projects.  Also, the pastor emeritus is a former probation officer, (retired 28 years),  in the commonwealth and would be available to provide additional encouragement and support to Jermall.

I am thankful for the consideration you will give this request for bail at this time.

 Sincerely,

Pastor Reba Danastorg